UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Derek Mortland**, | ) |
| Plaintiff, | ) Case No. 3:20-cv-2567 |
| v. | ) |
| | ) Judge Jeffrey J. Helmick |
| **Holland Hospitality LLC**, an Ohio limited liability company | ) |
| And | ) |
| **WFCM 2017-C39 Toledo Hotel LLC**, a Delaware Limited Liability Company | ) |
| Defendants. | |

## STIPULATION OF DISMISSAL OF DEFENDANT WFCM 2017-C39 TOLEDO HOTEL LLC

Pursuant to Fed.R.Civ.P. 1(a)(1)(A)(ii), the Parties herein, Plaintiff Derek Mortland and Defendants, Holland Hospitality LLC and WFCM 2017-C39 Toledo Hotel LLC by and through counsel, hereby stipulate that Defendant WFCM 2017-C39 Toledo Hotel LLC shall be dismissed with prejudice from this action.

Date Entered: February 8, 2022

I stipulate to the entry set forth above:

By: */s/ Owen B. Dunn, Jr.*
Owen B. Dunn, Jr. (0074743)
The Ottawa Hills Shopping Center
4334 West Central Avenue, Suite 222
Toledo, OH 43615
(419) 241-9661
dunnlawoffice@sbcglobal.net
*Attorney for Plaintiff*

By: */s/ Tyler Tarney*
Tyler Tarney (0089082)
Gordon Rees Scully Mansukhani
41 South High Street, Suite 2495
Columbus, Ohio 43215
T: (614) 340-5558
F: (614) 360-2130
ttarney@grsm.com
*Counsel for Defendant Holland Hospitality, LLC*

1

By: */s/ Christina L. Corl*
Christina L. Corl (0067869)
PLUNKETT COONEY
300 East Broad Street, Suite 590
Columbus, Ohio 43215
Tel: (614) 629-3018
Fax: (614) 629-3019
Email: ccorl@plunkettcooney.com
*Counsel for Defendant, WFCM 2017-C39 Toledo Hotel, LLC, a Delaware Limited Liability Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was served via the Court's e-filing system upon all counsel of record on this  8  day of February 2022

*/s/ Owen B. Dunn*
Owen B. Dunn, Jr., Esq.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge

2