UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **Derek Mortland**, | ) |
| Plaintiff, | ) Case No. 3:20-cv-2567 |
| v. | ) |
| | ) Judge Jeffrey J. Helmick |
| **Holland Hospitality LLC**, an Ohio limited liability company, et. al, | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT HOLLAND HOSPITALITY LLC

Plaintiff Derek Mortland and Defendant Holland Hospitality LLC, by and through counsel, submit their Joint Stipulation of Dismissal With Prejudice of Defendant Holland Hospitality LLC pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties respectfully request this Court dismiss the above-captioned action, with prejudice, and with each party to bear their own fees and costs.

WHEREFORE, the parties, respectfully seek an order dismissing this matter with prejudice.

Date Entered: February 16, 2022

I stipulate to the entry set forth above:

By: */s/ Owen B. Dunn, Jr.*
Owen B. Dunn, Jr. (0074743)
The Ottawa Hills Shopping Center

By: */s/ Tyler Tarney*
Tyler Tarney (0089082)
Gordon Rees Scully Mansukhani

1

| | |
|---|---|
| 4334 West Central Avenue, Suite 222<br>Toledo, OH 43615<br>(419) 241-9661<br>dunnlawoffice@sbcglobal.net<br>*Attorney for Plaintiff* | 41 South High Street, Suite 2495<br>Columbus, Ohio 43215<br>T: (614) 340-5558<br>F: (614) 360-2130<br>ttarney@grsm.com<br>asantiago@grsm.com<br>*Counsel for Defendant Holland Hospitality, LLC* |

Motion Granted.
So Ordered.

s/ Jeffrey J. Helmick
United States District Judge